## FREEMAN et al. v. JAMES.

BECK, P. J. The evidence in this case demanded a verdict for the defendant, and the court did not err in directing the jury to return a verdict in her favor. *Judgment affirmed. All the Justices concur.*

No. 3958. MAY 6, 1924.

Ejectment. Before Judge Summerall. Early superior court. July 28, 1923.

*E. L. Smith,* for plaintiffs.

*A. L. Miller* and *Pottle & Hofmayer,* for defendant.